USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHELTON J. HAYNES and GRETCHEN K. ROBINSON,

                Plaintiffs,

-against-

ROGER MALDONADO, TANIA DISSANAYAKE, DIANA LOPEZ, ALEJANDRO VALELLA, RUTHANNE VISNAUSKUS, BEN FHAFA, EXECUTIVE CHAMBER FOR THE OFFICE OF THE GOVERNOR OF NEW YORK, and ROOSEVELT ISLAND OPERATING CORPORATION,

                Defendants.

23-CV-8051 (MKV)

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

      This case has been re-assigned to the undersigned. The Court is in the process of reviewing the parties' briefing on Plaintiffs' motion for a preliminary injunction, including the extensive corresponding affidavits and exhibits. [ECF Nos. 75–79, 82–83, 84]. The parties shall notify the Court **by end of day February 29, 2024** whether they intend to introduce live testimony on the motion or intend to present evidence such that an evidentiary hearing is required, or whether the factual record is closed for purposes of the preliminary injunction motion.

**SO ORDERED.**

Dated:    February 28, 2024
           New York, New York

                                          *Mary Kay Vyskocil*
                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**