USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 7/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELTON J. HAYNES and GRETCHEN K. ROBINSON,

Plaintiffs,

-against-

EXECUTIVE CHAMBER FOR THE OFFICE OF THE GOVERNOR OF NEW YORK, ROOSEVELT ISLAND OPERATING CORPORATION, ROGER MALDONADO, TANIA DISSANAYAKE, RUTHANNE VISNAUSKUS, DIANA LOPEZ, ALEJANDRO VALELLA, and BEN FHALA,

Defendants.

23-CV-8051 (MKV)

**ORDER OF DISMISSAL**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by the parties informing the Court that they have reached a settlement in principle and requesting that the conference scheduled in this matter for July 29, 2026, be adjourned. [ECF No. 128]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by August 24, 2026. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). The conference scheduled in this matter for July 29, 2026, is ADJOURNED.

**SO ORDERED.**

**Dated: July 23, 2026**
**New York, New York**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**